# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRADLEY KEITH STEVENS, | ) |
| Petitioner, | ) |
| -vs- | ) Case No. CIV-14-0705-F |
| JIM FARRIS, Warden, | ) |
| Respondent. | ) |

## ORDER

Petitioner, a state prisoner appearing *pro se*, seeks habeas relief in this action under 28 U.S.C. § 2254. Magistrate Judge Shon T. Erwin entered a Report and Recommendation (the Report, doc. no. 13), recommending the petition be denied.

The Report advised the parties of their right to file an objection to the recommendations contained in the Report by March 17, 2016. The Report further advised that failure to timely object waives the right to appellate review of both factual and legal issues contained in the Report. No objection has been filed, and no request for an extension of time within which to object has been filed.

With no objection having been filed, after review, and having concluded that no purpose would be served by any further analysis here, the court **ACCEPTS**, **ADOPTS**, and **AFFIRMS** the Report and Recommendation of the magistrate judge.

The petition for a writ of habeas corpus is **DENIED**. A certificate of appealability is **DENIED**.

Dated this 30th day of March, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-705p001.wpd